Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**

**UNITED STATES DISTRICT COURT**

for the

**DEC – 1 2021**

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SAN ANTONIO Division

Case No. **SA21CA1189XR**

*(to be filled in by the Clerk's Office)*

Mary Ann Ellis
)
)
)
*Plaintiff(s)*
)
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
)
)
)
-v-
)

Goodheart Specialty Meats
Texas Mutual Insurance Company
Texas Department of Insurance

)
)
)
)
*Defendant(s)*
)
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)* "See Attached"
)
)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Mary Ann Ellis
Street Address  P.O. Box 2694
City and County San Antonio (Bexar)
State and Zip Code Texas, 78299
Telephone Number 210-707-8732
E-mail Address  lashae.32388@yahoo.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
GoodHeart Specialty Meats/BlueBonnet

Job or Title *(if known)*
Amalia Palmaz/Florencia Palmaz(Owners)

Street Address
11122 Nacogdoches Road

City and County
San Antonio(Bexar)

State and Zip Code
Texas, 78217-2314

Telephone Number
210-637-1963

E-mail Address *(if known)*


Defendant No. 2

Name
Texas Mutual Insurance Company

Job or Title *(if known)*
Elizabeth Johnson (Adjuster)

Street Address
P.O. Box 12029

City and County
Austin

State and Zip Code
Texas, 78711-2029

Telephone Number
512-224-6154

E-mail Address *(if known)*
N/A


Defendant No. 3

Name
Texas Department of Insurance

Job or Title *(if known)*
Erica Gomez(Ombudsman)

Street Address
7551 Metro Center Drive Ste.#100

City and County
Austin

State and Zip Code
Texas, 78744-1645

Telephone Number
512-804-4000/1-800-252-7031

E-mail Address *(if known)*
N/A


Defendant No. 4

Name
Texas Mutual Insurance

Job or Title *(if known)*

Street Address
2200 Aldrich Street

City and County
Austin

State and Zip Code
Texas, 78723

Telephone Number
512-804-4018

E-mail Address *(if known)*
N/A

<u>Defendants</u>

GoodHeart Specialty Meats
Bluebonnet Foods
  Amalia Palmaz / Florencia Palmaz (Owners)
  Selective Employee's
11122 Nacogdoches Road
San Antonio (Bexar)
Texas, 78217-2314
210-637-1963


Texas Mutual Insurance Company
  Elizabeth Johnson (Ajuster)
P.O. Box 12029
Austin
Texas, 78711-2029
512-224-6154


Texas Mutual Insurance
  2200 Aldrich Street
Austin, Texas 78723


.Texas Department of Insurance
  Worker's Compensation Division
Erica Gomez (Ombudsman)
7551 Metro Center Drive
Ste. #100
Austin
Texas, 78744-1645
512-804-4000/1-800-252-7031

## Defendants

Texas Department of Insurance
Worker's Compensation Division
Chief Clerk of Proceedings
P.O. Box 17787
Austin, Texas 78760-7787

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* __Mary Ann Ellis__, is a citizen of the State of *(name)* __Texas__.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* __N/A__, is incorporated under the laws of the State of *(name)* __N/A__,

and has its principal place of business in the State of *(name)*

__N/A__.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     **If the defendant is a corporation**

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     **The Amount in Controversy**

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    *See Attached*

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    *See Attached*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Statement of Claim

I Mary Ann Ellis, I am filing a claim against GoodHeart Specialty Meats for Negligence, Improper medical attention, unsafe Working environment, racial discrimination due to not allowing me to see a medical doctor after my accident and more.

Texas Mutual Insurance Company (Elizabeth Johnson (Ajuster)) accepted my extend of injury of Onychomycosis/onychogryphosis back in August 2018 in a verbal phone conversation with my ombudsman Maria C. at that time. Elizabeth Johnson changed her mind and disputed my injury. I have had problems with GoodHeart Specialty Meats Administration and Texas Mutual Insurance Company since June 8, 2017 until present time.

I never had maxium medical improvement because my condition continued to worsen because I was without medicine and a medical doctor. There has been No improvement at all. I am stuck with a permanent impairment from being Denied proper medical attention. Also my impairment rating started at 3% and rose to 9% due to medical Neglect.

①      Mary Ann Ellis

## Statement of Claim

I was given a new ombudsman Erica Gomez in 2020 I was still having the same problems constantly back and forth without the proper medical attention and doctors. Texas Mutual denied medication on many occasions and my condition worsened.

My case was railroaded into the system of me being violated in many ways. I'm stuck with a permanent impairment and no job due to my right hand injury of chemical spilling on my hand in an unsafe work place. The judge in the hearing did not acknowledge the denial of medical attention from June 8, 2017 to present time. I have medical bills that have not been paid also the medicine that I receive is not clearing the injury at all. No improvement. All the defendants should be held Accountable.

I'm asking for a Jury Trial so I can present other evidence

Thanks
Mary Ellis

②

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   12/01/2021

Signature of Plaintiff        Mary Ann Ellis
Printed Name of Plaintiff     Mary Ann Ellis

### B.     For Attorneys

Date of signing:        N/A

Signature of Attorney         N/A
Printed Name of Attorney      N/A
Bar Number              N/A
Name of Law Firm        N/A
Street Address          N/A
State and Zip Code       N/A
Telephone Number        N/A
E-mail Address          N/A