IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ANN ELLIS, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-01189-XR |
| vs. | § § § | |
| GOODHEART SPECIALTY MEATS, BLUEBONNET FOODS, AMALIA PALMAZ, OWNER, GOODHEART SPECIALTY MEATS/BLUEBONNET FOODS; FLORENCIA PALMAZ, OWNER, GOODHEART SPECIALTY MEATS/BLUEBONNET FOODS; ELIZABETH JOHNSON, ADJUSTER, TEXAS MUTUAL INSURANCE COMPANY; TEXAS MUTUAL INSURANCE, ERICA GOMEZ, TEXAS DEPARTMENT OF INSURANCE, WORKER'S COMPENSATION DIVISION; AND CHIEF CLERK OF PROCEEDINGS, TEXAS DEPARTMENT OF INSURANCE, WORKER'S COMPENSATION DIVISION; | § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court dismiss this case pursuant to 28 U.S.C. § 1915(e). Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

1

**IT IS SO ORDERED.**

SIGNED this 7th day of February, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE